IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MCGREAL CONSTRUCTION CO.<br><br>Defendant. | Case No. 11 cv 2810<br><br>Judge Kocoras |

### Plaintiffs' Exhibits in Support of Motion for Summary Judgment

Plaintiffs, by its attorney, David Whitfield, submit Plaintiffs' Exhibits ("**PX**") in support of their motion for summary judgment.

| | |
|---|---|
| **PX 1** | Plaintiffs' Filed Complaint |
| **PX 2** | Memorandum of Agreement |
| **PX 3** | Collective Bargaining Agreement (2005 – 2008) |
| **PX 4** | Collective Bargaining Agreement (2008– 2010) |
| **PX 5** | Collective Bargaining Agreement (2010 2014) |
| **PX 6** | Welfare Trust Fund Agreement |
| **PX 7** | Pension Trust Fund Agreement |
| **PX 8** | Supplemental Retirement Fund Trust Agreement |
| **PX 9** | Apprentice and Trainee Trust Fund Agreement |
| **PX 10** | Defendant's Contribution Reports (November 2010, December 2010, January 2011, February 2011, March 2011, April 2011, May 2011, June 2011, and August 2011) |
| **PX 11** | Summary of Contributions, Dues, Liquidated Damages, and Interest |
| **PX 12** | Contribution Report (Sample Reporting Form) |
| **PX 13** | Declaration of John Libby |

Respectfully submitted,

/s/ David Whitfield
Attorney for Plaintiffs

David Whitfield
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

2