IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | CASE NO. 11 cv 2810 |
| Plaintiffs, | JUDGE Kocoras |
| vs. | |
| McGREAL CONSTRUCTION CO., | |
| Defendant. | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by its attorney, David Whitfield, move this Honorable Court to enter Judgment against the Defendant and in support state:

1. Plaintiffs filed their complaint on April 27, 2011 seeking submission of fringe benefit reports and payment of any outstanding contributions.

2. The Court previously entered a Minute Entry granting Plaintiffs' summary judgment motion as to McGreal's liability for delinquent contributions, liquidated damages, interest, and reasonable attorney's fees. (Exhibit A)

3. The Defendant owes $8,742.11 for necessary and reasonable attorney fees and costs which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit B, Exhibit C)

4. The Plaintiffs disclosed the total amount of attorney's fees and costs; as well as Plaintiffs' attorney's detailed billing to Defendant's attorney on February 2, 2012. Plaintiff's counsel was inform via telephone on February 8, 2012

that Defendant's counsel will not dispute Plaintiffs' attorney's fees and costs. (Exhibit D)

5. In accordance with the Judge Kocoras's Memorandum Opinion, Plaintiffs offer a modified motion for summary judgment exhibit 11. The correct amount owed is $35,410.07 in fringe benefits, dues, liquidated damages, and interest. Where the first chart represents amounts owed to Trust Funds account #16871, the second chart represents amounts owed to Trust Funds account #50122, and the third chart is the combined total of amounts owed to both accounts. (Exhibit E)

WHEREFORE, Plaintiffs pray that their motion for entry of Judgment be granted in the amount of $44,152.18.

Respectively submitted,

/s/ David Whitfield
Attorney for Plaintiffs

David Whitfield
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701