IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) ) ) ) ) ) ) | CASE NO. 11 cv 2810 |
| Plaintiffs, | | JUDGE Kocoras |
| vs. | | |
| McGREAL CONSTRUCTION CO., | | |
| Defendant. | | |

## JUGDMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on April 27, 2011 and the Defendant was personally served with a copy of Summons and Complaint on May 5, 2011; and

WHEREAS, the Honorable Kocoras granted Plaintiffs' motion for summary judgment; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Judgment is hereby entered against the Defendant in accordance with the prayer of the motion for entry of Judgment in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered on behalf of the Plaintiffs and against the Defendant, McGreal Construction Co., in the sum of $44,152.18 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (Fringes owed) | $21,791.44 |
| b) | Dues | $1,057.61 |
| c) | Liquidated Damages | $11,888.24 |
| d) | Interest | $672.78 |
| e) | Attorney Fees and Costs | $8,742.11 |
| | TOTAL: | $44,152.18 |

ENTERED:

_____
The Honorable Charles P. Kocoras
United States District Judge

Dated: February 21, 2012