AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

Trustees of the Chicago Regional Council of Carpenters Pension Fund et al
*Plaintiff*
v.
McGreal Construction Co.
*Defendant*

Civil Action No. 11 C 2810

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Judgment is entered in favor of the plaintiffs and against defendant McGreal Construction Co., in the total amount of $44,152.18. All matters in controversy having been resolved, final judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge Charles P. Kocoras on a motion for entry of judgment.

Date: 21 Feb 2012

Thomas G. Bruton, Clerk of Court

/s/ Stephen C. Tokoph
Deputy Clerk