2011-Feb-25 03:18 PM BANK OF AMERICA 708-984-0267

JH

(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: Bank of America
Defendant's Name: McGreal Construction    SS No. xxx-xx-___
Judgment Balance: $ 44152.18
Court Date: 3/22/12
Case No.: 11CV2810

This is a Citation: Freeze up to double the Judgment Balance.

11CV2810

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☒ Yes ☐ No

   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☒ No

   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

   *IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

FILED MAR 23, 2012 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

4.                                          ACCOUNT BALANCE      AMOUNT WITHHELD
   A) Savings Account                       $ _____             $ _____
   B) Check/MMA/Now Account                 $ 4.04                $ 4.04
   C) Certificate of Deposit                $ _____             $ _____
   D) Trust Account/Other                   $ _____             $ _____
      (Describe) _____
   E) Safety Deposit ☐ Yes ☐ No
   F) Land Trust No. _____
   G) Less Right of Offset for Loans                              $ _____
                        TOTAL AMOUNT FROZEN:                      $ 4.04

5. List all electronic deposits into account(s) and their source(s) except deposits:
   Account Number    Source              Monthly Amount

6. List all joint account holders or adverse claimants:

   Name _____        Name _____        Name _____
   Address _____     Address _____     Address _____

   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings
   ☐ Account Number _____                ☐ Account Number _____               ☐ Account Number _____

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 3/12/12
Respondent Name: _____
Address: _____ Legal Order Processing _____ Horatio Street _____
Telephone: _____
FAX: _____

Print Agent Name: **Shelley Daniels**
Signature of Agent: _____
Phone 315.734.8300
Fax 617.310.2751

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS