## *United States District Court for the Northern District of Illinois*

Case Number: 11cv2810  Assigned/Issued By: MGH

Judge Name:  Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____

☑ Citation to Discover Assets  (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

1 Original and 1 copies on 8/24/12 as to Dykema & Gossett PLLC
                              (Date)
(No Notice - Third Party) _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05